JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANSOUR ALIHOSSEINI,<br><br>            Plaintiff,<br><br>    v.<br><br>GERARD HEINAUER, Director, USCIS Nebraska Service Center, District Office;<br>EMILIO T. GONZALEZ, Director, USCIS U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>ROBERT S. MUELLER, Director, Federal Bureau of Investigation;<br>PETER D. KEISLER, Acting U.S. Attorney General,<br><br>            Defendants. | No. C 07-5692 EMC<br><br>**ANSWER** |

    The Defendants hereby submit their answer to Plaintiff's Complaint for a Writ of Mandamus and Declaratory and Injunctive Relief.

**PRELIMINARY STATEMENT**

    1. Defendants admit the allegations Paragraph One with the exception that the delay is inexplicable.

**JURISDICTION**

    2. Paragraph Two consists of Plaintiff's allegations regarding jurisdiction, to which no

ANSWER
C 07-5692 EMC                                        1

1  responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,
2  Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph
3  Two.

### VENUE

3. Paragraph Three consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

### INTRADISTRICT ASSIGNMENT

4. Paragraph Four consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

### STANDING

5. Paragraph Five consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph.

### PLAINTIFF

6. Defendants admit the allegations in Paragraph Six; however, Defendants are without sufficient information to admit or deny Plaintiff's current residence.

### DEFENDANTS

7. Defendants admit the allegations in Paragraph Seven.
8. Defendants admit the allegations in Paragraph Eight.
9. Defendants admit the allegations in Paragraph Nine.
10. Defendants admit the allegations in Paragraph Ten.
11. Defendants admit the allegations in Paragraph Eleven.
12. Defendants admit the allegations in Paragraph Twelve.
13. Defendants admit the allegations in Paragraph Thirteen.

### FACTS

14. Defendants admit the allegations in Paragraph Fourteen.
15. Defendants admit the allegations in Paragraph Fifteen.
16. Defendants admit the allegations in Paragraph Sixteen.

17.  Defendants deny the allegations of illegal delay in Plaintiff's application.

18.  Defendants admit the allegation in Paragraph Eighteen; however, Defendants are without sufficient information to admit or deny Plaintiff's city of birth or the numerous inquiries made.

19.  Defendants admit the allegations in Paragraph Nineteen.

20.  Paragraph Twenty consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty.

21.  Paragraph Twenty-One consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-One.

22.  Defendants admit the allegations in Paragraph Twenty-Two; however, Defendants deny Plaintiff has exhausted all his administrative remedies.

23.  Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Twenty-Three.

**FIRST CAUSE OF ACTION**

24.  Defendants incorporates its responses made above as if set forth fully herein.

25.  Paragraph Twenty-Five consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Five.

**SECOND CAUSE OF ACTION**

26.  Defendants incorporates its responses made above as if set forth fully herein.

27.  Paragraph Twenty-Seven consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Seven.

28.   Paragraph Twenty-Eight consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Eight.

29.  Paragraph Twenty-Nine consists of Plaintiff's characterization of this action for which no

answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Nine.

### RELIEF REQUESTED

The remaining paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The court should dismiss the Complaint for lack for subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: January 7, 2008           Respectfully submitted,

                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                  /s/
                                 EDWARD A. OLSEN
                                 Assistant United States Attorney
                                 Attorneys for Defendants

ANSWER
C 07-5692 EMC                    4