1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 MANSOUR ALIHOSSEINI,                    )
                                           )  No. C 07-5692 EMC
13               Plaintiff,                )
                                           )
14       v.                                )  **DECLINATION TO PROCEED BEFORE**
                                           )  **A MAGISTRATE JUDGE AND**
15 GERARD HEINAUER, Director, USCIS        )  **REQUEST FOR REASSIGNMENT TO A**
   Nebraska Service Center, District Office; ) **UNITED STATES DISTRICT JUDGE**
16 EMILIO T. GONZALEZ, Director, USCIS     )
   U.S. Citizenship and Immigration Services; )
17 MICHAEL CHERTOFF, Secretary,            )
   Department of Homeland Security;        )
18 ROBERT S. MUELLER, Director,            )
   Federal Bureau of Investigation;        )
19 PETER D. KEISLER, Acting U.S. Attorney  )
   General,                                )
20                                         )
                 Defendants.               )
21 _____     )

22

23    Defendants in the above-captioned civil matter hereby decline to consent to the assignment of

24 this case to a United States Magistrate Judge for trial and disposition, and hereby request the

25 reassignment of this case to a United States District Judge.

26 ///

27 ///

28

Declination to Proceed before Magistrate Judge
C 07-5692 EMC                                   1

1  Dated: January 8, 2008               Respectfully submitted,

2                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney
3

4                                               /s/
                                        EDWARD A. OLSEN
5                                       Assistant United States Attorney
                                        Attorneys for Defendants
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declination to Proceed before Magistrate Judge
C 07-5692 EMC                                    2