## CERTIFICATE OF SERVICE BY CERTIFIED MAIL
*ALIHOSSEINI ET AL. v. HEINAUER ET AL.*, C 07-5692 JSW

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California.  My business address is 550 Kearny St., Ste. 200, San Francisco, CA, 94108.  I am over the age of 18 and not a party to the above named action.

On January 23, 2008, I served a true copy of the following:

**Order Setting Case Management Conference and Requiring Joint Case Management Statement**

on the interested parties, by certified mail, return receipt requested, at:

Edward A. Olsen, Assistant U.S. Attorney
United States Attorney's Office
450 Golden Gate Ave., 9th Fl.
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on January 23, 2008, in San Francisco, California.

/s/
_____
Lina Baroudi