Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:  (415) 956-5513
Fax:  (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOUR ALIHOSSEINI,<br><br>    Plaintiff,<br><br>v.<br><br>GERARD HEINAUER, ET AL.,<br><br>    Defendants. | No.   C 07-5692 JSW<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate an application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from

the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

DATED:   January 23, 2008          Respectfully submitted,

/s/
_____
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Plaintiff

DATED:   January 23, 2008          JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

# ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process. IT IS SO ORDERED.

Dated:   _____
JEFFREY S. WHITE
United States District Judge

Parties' Request to Be Exempt from ADR Process
C 07-5692 JSW                               2