| | |
|---|---|
| 1 | Robert B. Jobe (Cal. State Bar #133089) |
| | LAW OFFICE OF ROBERT B. JOBE |
| 2 | 550 Kearny Street, Ste. 200 |
| | San Francisco, CA 94108 |
| 3 | Tel:   (415) 956-5513 |
| | Fax:   (415) 840-0308 |
| 4 | Email: bob@jobelaw.com |

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANSOUR ALIHOSSEINI, | ) | No.   C 07-5692 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| GERARD HEINAUER, ET AL., | ) | **PROCESS** |
| | ) | |
| Defendants. | ) | |

Each of the undersigned certifies that he has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate an application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from

Parties' Request to Be Exempt from ADR Process
C 07-5692 JSW

1  the ADR Multi-Option Program and that they be excused from participating in the ADR phone
2  conference and any further formal ADR process.

3  DATED:    January 23, 2008              Respectfully submitted,
4
5                                          /s/
                                           _____
6                                          ROBERT B. JOBE
                                           Law Office of Robert B. Jobe
7                                          Attorney for Plaintiff
8
   DATED:    January 23, 2008              JOSEPH P. RUSSONIELLO
9                                          United States Attorney

10                                         /s/
                                           _____
11
12                                         EDWARD A. OLSEN
                                           Assistant United States Attorney
                                           Attorneys for Defendants
13

14                                **ORDER**

15       Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
16  ADR Multi-Option Program and are excused from participating in the ADR phone conference
17  and any further formal ADR process.  IT IS SO ORDERED.

18
    Dated: January 24, 2008                _____
19                                         JEFFREY S. WHITE
20                                         United States District Judge

21
22
23
24
25
26
27
28  Parties' Request to Be Exempt from ADR Process
    C 07-5692 JSW                          2