JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANSOUR ALIHOSSEINI, ) <br>                 Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> GERARD HEINAUER, Director, USCIS ) <br> Nebraska Service Center, District Office; ) <br> EMILIO T. GONZALEZ, Director, USCIS ) <br> U.S. Citizenship and Immigration Services; ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> ROBERT S. MUELLER, Director, ) <br> Federal Bureau of Investigation; ) <br> PETER D. KEISLER, Acting U.S. Attorney ) <br> General, ) <br> ) <br>                 Defendants. ) <br>                                   ) | No. C 07-5692 JSW <br><br> STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER |

    The Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for February 15, 2008, in light of the following:

    1. The Plaintiff filed an action on November 8, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

    2. On February 4, 2008, USCIS has changed its policy regarding delayed I-485 applications.

Joint Case Management Conference Statement
C 07-5692 JSW                              1

The attached memo states that all I-485 applications that have been pending for more than 180 days will be reviewed. If during this review it appears that the applicant is eligible "but for" the pending FBI name check, the application will be processed.

3. Therefore, in order to allow sufficient time for USCIS to review Plaintiff's case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:   April 11, 2008

Case Management Conference:   April 18, 2008 at 1:30 p.m.

Date: February 8, 2008   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendant

Date: February 8, 2008   /s/
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   _____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Joint Case Management Conference Statement
C 07-5692 JSW                                      2