JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANSOUR ALIHOSSEINI, | No. C 07-5692 JSW |
|     Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| GERARD HEINAUER, Director, USCIS Nebraska Service Center, District Office; EMILIO T. GONZALEZ, Director, USCIS U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; PETER D. KEISLER, Acting U.S. Attorney General, | |
|     Defendants. | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dimiss
C 07-5692 JSW                       1

1  Each of the parties shall bear their own costs and fees.

2  Date: March 10, 2008                                  Respectfully submitted,

3                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney
4

5                                                        _____/s/_____
                                                         EDWARD A. OLSEN[1]
6                                                        Assistant United States Attorney
                                                         Attorneys for Defendant
7

8

9                                                        _____/s/_____
   Date: March 10, 2008                                  ROBERT B. JOBE
10                                                       Attorney for Plaintiff

11

12                                       **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:                                _____
                                         JEFFREY S. WHITE
16                                       United States District Judge

17

18

19

20

21

22

23

24

25

26

_____

27  [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
28  signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dimiss
C 07-5692 JSW                                    2