```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANSOUR ALIHOSSEINI, | ) |
| Plaintiff, | ) No. C 07-5692 JSW |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| GERARD HEINAUER, Director, USCIS Nebraska Service Center, District Office; EMILIO T. GONZALEZ, Director, USCIS U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; PETER D. KEISLER, Acting U.S. Attorney General, | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dimiss
C 07-5692 JSW                                1

Each of the parties shall bear their own costs and fees.

Date: March 10, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendant

Date: March 10, 2008

_____/s/_____
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 11, 2008

_____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dimiss
C 07-5692 JSW                        2